TAMARA BEATTY PETERSON, ESQ., Bar No. 5218
tpeterson@petersonbaker.com
PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
Telephone:  702.786.1001
Facsimile:  702.786.1002

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TONI DESTEFANO-SALEMI, individually,<br><br>Plaintiffs,<br><br>v.<br><br>NOVO NORDISK A/S, a foreign limited liability company; AND NOVO NORDISK INC., a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant. | Case No.:  2:26-cv-01618-CDS-MDC<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT NNI TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff TONI DESTEFANO-SALEMI ("Plaintiff") by and through her attorney of record, the law firm of Powell Stewart; and Defendant NOVO NORDISK INC. ("NNI") by and through its counsel of record, the law firm of Peterson Baker, PLLC, hereby stipulate and agree as follows:

1.      On May 11, 2026, Plaintiff filed her complaint in state court against Novo Nordisk A/S ("NNAS"), a corporation organized under the laws of Denmark, and against Defendant NNI, a Delaware corporation with a principal place of business in New Jersey.

2.      On May 15, 2026, Plaintiff served NNI with a copy of the Summons and Complaint.

3.      Defendant NNAS has not been served with process through the Hague Convention and has not agreed to waive service of process.

4.      On May 21, 2026, Defendants NNAS and NNI removed the case from state court to this court.  *See* Notice of Removal [ECF No. 1].  Prior to removal, NNI had not filed a response to

PETERSON BAKER, PLLC
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001

the complaint.

5.    Counsel for the parties have met and conferred and have agreed to stipulate that the deadline for NNI to file an answer or other response to the Complaint [ECF No. 1] shall be extended up to and including July 6, 2026.

6.    Good cause exists for this extension due to the complexity of the legal and factual issues raised in the complaint, as well as NNI counsel's schedule, as counsel for NNI has a scheduled family vacation in mid-June.

7.    Further, good cause exists for this extension as the parties are discussing potential transfer or re-filing of this case to MDL 3163 pending before Judge Karen Marston in the Eastern District of Pennsylvania.

8.    This is the first stipulation regarding the due date for a response to the Complaint [ECF No. 1].

9.    Nothing in this Stipulation, nor the fact of entering the same, shall be construed as waiving any claim and/or defense held by any party.

IT IS SO STIPULATED.

Dated this 5th day of June, 2026.                Dated this 5th day of June, 2026.


PETERSON BAKER, PLLC                          POWELL STEWART


*/s/ Tamara Beatty Peterson*                     */s/ Tom W. Stewart*
Tamara Beatty Peterson, Esq. (#5218)         Paul D. Powell
tpeterson@petersonbaker.com                  Tom W. Stewart
701 S. 7th Street                            Traysen N. Turner
Las Vegas, NV 89101                          8918 Spanish Ridge Ave, Suite 100
                                             Las Vegas, Nevada 89148
*Counsel for Defendants*
                                             *Counsel for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

Dated this _9th_ day of June, 2026.


_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

**PETERSON BAKER, PLLC**
701 S. 7th Street
Las Vegas, NV 89101
702.786.1001